**FILED**

Jeffrey A. Apperson, Clerk

AUG 1 2 2009

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

**CRIMINAL ACTION NO.  4:09-CR-2-M**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**VS.**

**DANIEL B. LEWIS**                                          **DEFENDANT**

### JURY INSTRUCTIONS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

These instructions will be in three parts: first, general rules that define and control your duties as jurors; second, the rules of law that you must apply in deciding whether the Government has proven its case; and third, some rules for your deliberations.  A copy of these instructions will be available for you in the jury room.

### I. GENERAL RULES CONCERNING JURY DUTIES

It is your duty to find the facts from all the evidence in the case.  You must apply the law to those facts.  You must follow the law I give to you whether you agree with it or not.  And you must not be influenced by any personal likes or dislikes, opinions, prejudices or sympathy.  That means that you must decide the case solely on the evidence before you and according to the law, as you gave your oaths to do at the beginning of this case.

In following my instructions, you must follow all of them and not single out some and ignore others; they are all equally important.  And you must not read into these instructions, or into anything I may have said or done, any suggestion as to what verdict you should return -- that is a matter entirely for you to decide.

The lawyers may refer to some of the governing rules of law in their arguments. However, if any differences appear to you between the law as stated by the lawyers and what I state in these instructions, you are to be governed solely by my instructions.

## BURDEN OF PROOF

The defendant is presumed innocent. The presumption of innocence remains with him unless the government presents evidence that overcomes the presumption and convinces you beyond a reasonable doubt that he is guilty. The defendant has no obligation to present any evidence at all or to prove to you in any way that he is innocent. You must find the defendant not guilty unless the government convinces you beyond a reasonable doubt that he is guilty.

The government must prove every element of the crimes charged beyond a reasonable doubt. Proof beyond a reasonable doubt does not mean proof beyond all possible doubt. Possible doubts or doubts based purely on speculation are not reasonable doubts. A reasonable doubt is a doubt based on reason and common sense. It may arise from the evidence, the lack of evidence, or the nature of the evidence. Proof beyond a reasonable doubt means proof which is so convincing that you would not hesitate to rely on it in making the most important decisions in your own lives. If you are convinced that the government has proved the defendant guilty beyond a reasonable doubt, then say so by returning a guilty verdict. If you are not convinced, then say so by returning a not guilty verdict.

## . EVIDENCE

The evidence from which you are to decide what the facts are consists of (1) the sworn testimony of witnesses both on direct and cross-examination, regardless of who called the witness; (2) the exhibits that have been received into evidence; and (3) any facts to which the lawyers have agreed or stipulated to or that have been judicially noticed.

## WHAT IS NOT EVIDENCE

You must remember that the indictment is not evidence of any guilt. It is simply the formal way the government tells the defendant what crime he is accused of committing. It does not even raise any suspicion of guilt and you may not consider it as such. Furthermore, the following things are not evidence and you may not consider them in deciding what the facts are:

1)      Arguments and statements by lawyers are not evidence;

2)      Questions and objections by lawyers are not evidence;

3)      Testimony I have instructed you to disregard is not evidence; and,

4)      Anything you may have seen or heard when the Court was not in session is not evidence.

## STATE OF MIND

Next, I want to explain something about proving a defendant's state of mind.

Ordinarily, there is no way that a defendant's state of mind can be proved directly, because no one can read another person's mind and tell what that person is thinking.

But a defendant's state of mind can be proved indirectly from the surrounding circumstances. This includes things like what the defendant said, what the defendant did, how the defendant acted, and any other facts or circumstances in evidence that show what was in the defendant's mind.

You may also consider the natural and probable results of any acts that the defendant knowingly did, and whether it is reasonable to conclude that the defendant intended those results. This, of course, is all for you to decide.

## DIRECT AND CIRCUMSTANTIAL EVIDENCE

There are two kinds of evidence: direct and circumstantial. Direct evidence is direct

3

proof of a fact, such as testimony of an eyewitness.  Circumstantial evidence is indirect evidence, that is, proof of a fact or chain of facts from which you could draw the inference, by reason and common sense, that another fact exists, even though it has not been proven directly.  You are entitled to consider both kinds of evidence.  The law permits you to give equal weight to both, but it is for you to decide how much weight to give to any evidence.

### CREDIBILITY OF WITNESSES

In deciding what the facts are, you must consider all of the evidence.  In doing this, you must decide which testimony to believe and which testimony not to believe.  You may disbelieve all or any part of any witness's testimony.   You might want to take into consideration such factors as the witnesses' conduct and demeanor while testifying; their apparent fairness or any bias or prejudice they may have; any interest you may discern that they may have in the outcome of the case; their opportunities for seeing and knowing the things about which they have testified; the reasonableness or unreasonableness of the events that they have related to you in their testimony; and any other facts or circumstances disclosed by the evidence that tend to corroborate or contradict their versions of the events.

In deciding whether to believe a witness, keep in mind that people sometimes forget things.  You need to consider, therefore, whether a contradiction is an innocent lapse of memory or an intentional falsehood, and that may depend on whether it has to do with an important fact or with only a small detail.

The weight of the evidence presented by each side does not necessarily depend on the number of witnesses testifying on one side or the other.  You must consider all the evidence in the case, and you may decide that the testimony of a smaller number of witnesses on one side has greater weight than that of a larger number on the other or vice versa.

You should use your common sense in weighing the evidence.  Consider it in light of

4

your everyday experience with people and events, and give it whatever weight you believe it deserves. If your experience tells you that certain evidence reasonably leads to a conclusion, you are free to reach that conclusion.

All of these are matters for you to consider in deciding the facts.

## TESTIMONY OF DEFENDANT

You have heard the defendant testify. Earlier, I talked to you about the "credibility" or the "believability" of the witnesses. And I suggested some things for you to consider in evaluating each witness's testimony. You should consider those same things in evaluating the defendant's testimony.

I will now explain the elements of the crime that the Defendant is accused of committing.

## II. RULES OF LAW

## INSTRUCTION NO. 1

### Count 1 -- Conspiracy

Count 1, paragraph 1 of the Indictment accuses the Defendant, Daniel Lewis, of a conspiracy to commit the crimes of (a) failing to establish and maintain mechanical integrity of underground injection wells in violation of the Safe Drinking Water Act; and (b) making and using a false statement, representation, writing, or document in matters within the jurisdiction of the Environmental Protection Agency in violation of the False Statements Act. Count 1, paragraph 2 of the Indictment accuses the Defendant, Daniel Lewis, of a conspiracy to defraud the United States by dishonest means in violation of federal law.

It is a crime for two or more persons to conspire, or agree, to commit a criminal act, even if they never actually achieve their goal. A conspiracy is a kind of criminal partnership. For you to find the defendant, Daniel Lewis, guilty of the conspiracy charge, the government must prove each and every one of the following elements beyond a reasonable doubt:

**First**, that two or more persons conspired, or agreed, (a) to commit the crime of failing to establish or maintain mechanical integrity of underground injection wells in violation of the Safe Drinking Water Act as defined in Instruction No. 6, (b) to commit the crime of making and using a false statement, representation, writing, or document in matters within the jurisdiction of the Environmental Protection Agency in violation of the False Statements Act as defined in Instruction No. 7, or (c) to defraud the United States, or one of its agencies or departments, by dishonest means.

**Second**, that the defendant knowingly and voluntarily joined the conspiracy; and

**Third**, that a member of the conspiracy did one of the overt acts described in the Indictment for the purpose of advancing or helping the conspiracy.

You must be convinced that the government has proved all of these elements beyond

6

a reasonable doubt in order to find the defendant guilty of the conspiracy charge.

With respect to Count 1, paragraph 2 of the Indictment which charges the defendant with conspiracy to defraud the United States, the word "defraud" is not limited to its ordinary meaning of cheating the government out of money or property. "Defraud" also means impairing, obstructing or defeating the lawful function of any government agency, such as the Environmental Protection Agency, by dishonest means. This crime does not require proof that the defendant intended to directly commit the fraud himself. Proof that he intended to use a third party as a go-between may be sufficient. But the government must prove that the United States or one of its agencies or departments was the ultimate target of the conspiracy, and that the defendant intended to defraud.

## INSTRUCTION NO. 2

### Agreement

With regard to the first element -- a criminal agreement -- the government must prove that two or more persons conspired, or agreed, to cooperate with each other (a) to commit the crime of failing to establish or maintain mechanical integrity of underground injection wells in violation of the Safe Drinking Water Act as defined in Instruction No. 6;(b) to commit the crime of making and using a false statement, representation, writing, or document in matters within the jurisdiction of the Environmental Protection Agency in violation of the False Statements Act as defined in Instruction No. 7; or (c) to defraud the United States.

This does not require proof of any formal agreement, written or spoken. Nor does this require proof that everyone involved agreed on all the details. But proof that people simply met together from time to time and talked about common interests, or engaged in similar conduct, is not enough to establish a criminal agreement. These are things that you may consider in deciding whether the government has proved an agreement. But without more they are not enough.

What the government must prove is that there was a mutual understanding, either spoken or unspoken, between two or more people, to cooperate with each other (a) to commit the crime of failing to establish or maintain mechanical integrity of underground injection wells in violation of the Safe Drinking Water Act; (b) to commit the crime of making and using a false statement, representation, writing, or document in matters within the jurisdiction of the Environmental Protection Agency in violation of the False Statements Act; or (c) to defraud the United States. This is essential.

An agreement can be proved indirectly, by facts and circumstances which lead to a conclusion that an agreement existed. But it is up to the government to convince you that such facts and circumstances existed in this particular case.

One more point about the agreement. The indictment accuses the defendant of conspiring to commit several federal crimes. The government does not have to prove that the defendant conspired to commit all these crimes. But you must unanimously agree upon at least one of the offenses for you to return a guilty verdict on the conspiracy charge.

## INSTRUCTION NO. 3

### Defendant's Connection to the Conspiracy

If you are convinced that there was a criminal agreement, then you must decide whether the government has proven that the defendant, Daniel Lewis, knowingly and voluntarily joined that agreement. To convict the defendant, the government must prove that he knew the conspiracy's main purpose, and that he voluntarily joined the conspiracy intending to help advance or achieve its goals.

This does not require proof that a defendant knew everything about the conspiracy, or everyone else involved, or that he was a member of the conspiracy from the very beginning. Nor does it require proof that a defendant played a major role in the conspiracy, or that his connection to it was substantial. A slight role or connection may be enough.

But proof that a defendant simply knew about a conspiracy, or was present at times, or associated with members of the group, is not enough, even if he approved of what was happening or did not object to it. Similarly, just because a defendant may have done something that happened to help a conspiracy does not necessarily make him a conspirator. These are all things that you may consider in deciding whether the government has proved that a defendant joined a conspiracy. But without more, they are not enough.

What the government must prove is that a defendant knew the conspiracy's main purpose, and that he voluntarily joined it intending to help advance or achieve its goals. This is essential.

A defendant's knowledge can be proved indirectly by facts and circumstances which lead to a conclusion that he knew the conspiracy's main purpose. But it is up to the government to convince you that such facts and circumstances existed in this particular case.

10

## INSTRUCTION NO. 4

### Overt Acts

The third element that the government must prove is that a member of the conspiracy did one of the overt acts described in the indictment for the purpose of advancing or helping the conspiracy.

The indictment lists five (5) overt acts:

(1) The defendant constructed and ordered others to construct a section of pipe capped on each end that would hold pressure;

(2) The defendant buried and ordered others to bury these sections of pipe next to wellheads;

(3) The defendant connected and ordered others to connect these buried pipes to the wellheads so that the required annular pressure test would measure the pressure in the buried pipes, not the underground injection wells;

(4) Prior to the scheduled Mechanical Integrity Test, the defendant ordered others to pre-test the rigged wells to ensure that they would appear to the inspector to pass the scheduled annular pressure test;

(5) On the dates and times listed below, the defendant or a co-conspirator signed off on a Mechanical Integrity Test Inspection Form stating that a well had passed the annular pressure test, when in fact (due to the rigging described above) the well had not been tested:

July 29, 2004          M.S. Rankin #36-W

August 12, 2004          Bland-Orme #1

August 12, 2004          Inez Rhea #9

August 12, 2004          Reiss-Yunker-Durham #7

August 13, 2004          M.S. Rankin #3

August 25, 2004     Reiss-Yunker-Durham #9

September 14, 2005 Inez Rhea #8

September 14, 2005 J.P. Robinson #1

December 14, 2005 Bessie Boswell #1

June 30, 2006     Pike Heirs "B"

June 30, 2006     Highland Creek Coal Co. #1

     The government does not have to prove that all these acts were committed, or that any of these acts were themselves illegal.

     But the government must prove that at least one of these acts was committed by a member of the conspiracy, and that it was committed for the purpose of advancing or helping the conspiracy. This is essential.

12

## INSTRUCTION NO. 5

### Unindicted or Unnamed Co-Conspirators

Now, some of the people who may have been involved in these events are not on trial. This does not matter. There is no requirement that all members of a conspiracy be charged and prosecuted, or tried together in one proceeding.

Nor is there any requirement that the names of the other conspirators be known. An indictment can charge a defendant with a conspiracy involving people whose names are not known, as long as the government can prove that the defendant conspired with one or more of them. Whether they are named or not does not matter.

## INSTRUCTION NO. 6

### Violation of the Safe Drinking Water Act

Defendant, Daniel Lewis, is charged with conspiring to violate the requirements of the Safe Drinking Water Act, 42 U.S.C. Sections 300h-2, and the accompanying regulations. The Defendant is not charged in the Indictment with actually violating the Safe Drinking Water Act. This instruction is meant to assist you by explaining the elements of that offense in determining whether, under Instruction No. 1, he conspired with others to violate the Safe Drinking Water Act.

The Underground Injection Control Program of the Safe Drinking Water Act requires owners and operators of Class II injection wells to establish and maintain mechanical integrity on these wells. An injection well has mechanical integrity if there is no significant leak in the casing, tubing or packer, and if there is no significant fluid movement into an underground source of drinking water adjacent to the well. In order to demonstrate the absence of significant leaks, an EPA-approved method of evaluation must be used. Pressure testing with liquid or gas is one of these approved mechanical integrity tests. The Safe Drinking Water Act requires that injection wells have mechanical integrity tests every five years. For a person to be found guilty of violating the Safe Drinking Water Act, the government would have to prove, beyond a reasonable doubt, that:

**First,** the person was an owner or operator of one or more of the injection wells described in the indictment;

**Second**, the person violated a requirement of the underground injection control program by failing to establish or maintain mechanical integrity on one or more of the wells listed in the indictment; and,

**Third**, the person did so willfully.

14

## INSTRUCTION NO. 7

### Violation of the False Statements Act

The defendant is charged with the offense of conspiring to make and use a false statement, representation, writing, or document in matters within the jurisdiction of the Environmental Protection Agency in violation of the False Statements Act, 18 U.S.C. § 1001(a)(2) and (3). The Defendant is not charged in the Indictment with actually making or using a false statement, representation, writing or document. This instruction is meant to assist you by explaining the elements of that offense in determining whether, under Instruction No. 1, he conspired with others to make or use a false statement, representation, writing or document.

For a person to be found guilty of violating the False Statements Act, the government would have to prove, beyond a reasonable doubt, that:

**First**, the person made a statement, representation, writing or document;

**Second**, the statement, representation, writing or document was or contained a statement that was false, fictitious, or fraudulent;

**Third**, the statement or representation was material;

**Fourth**, the person acted knowingly and willfully; and

**Fifth**, the statement, representation, writing, or document pertained to a matter within the jurisdiction of the executive branch of the United States government, specifically in this case, the U.S. Environmental Protection Agency.

A statement is "false" or "fictitious" if it was untrue when it was made, and the person knew it was untrue at that time. A statement is "fraudulent" if it was untrue when it was made, the person knew it was untrue at that time, and the person intended to deceive.

15

A "material" statement, representation, or entry is one that has the natural tendency to influence or is capable of influencing a decision of the United States Environmental Protection Agency.

A matter is "within the jurisdiction of the executive branch of the United States government" if the U.S. Environmental Protection Agency has the power to exercise authority in that matter.

## INSTRUCTION NO. 8

An act is done "knowingly" or "willfully" if it is done voluntarily and intentionally, and not because of mistake or some other innocent reason.

## INSTRUCTION NO. 9

### Testimony of an Accomplice

You have heard the testimony of Kevin Wolfe and Stan Vansickle.  You have also heard that they were involved in the same crime that the defendant, Daniel Lewis, is charged with committing.  You should consider these witnesses' testimony with more caution than the testimony of other witnesses.

Do not convict the defendant based on the unsupported testimony of such a witness, standing alone, unless you believe his testimony beyond a reasonable doubt.

## INSTRUCTION NO. 10

You have heard testimony that Mr. Lewis's employer, RoseClare, LLC, entered into Consent Agreements with the Environmental Protection Agency admitting that the eleven (11) injection wells identified by the government in the Indictment had been mechanically altered and agreed to pay fines. The fact that RoseClare has admitted to civil violations is not evidence that the Defendant is guilty of a criminal conspiracy, and you cannot consider this against the Defendant in any way.

## INSTRUCTION NO. 11

### Character and Reputation of Defendant

You have heard testimony about the defendant's good character. You should consider this testimony, along with all the other evidence, in deciding if the government has proved beyond a reasonable doubt that he committed the crime charged.

## INSTRUCTION NO. 12

The Indictment charges that the crime occurred "on or about" a certain date. Although the government does not have to prove with certainty the exact date of the alleged offense, the government must prove that the offense was committed on a date reasonably near the date alleged.

## INSTRUCTION NO. 13

If you decide that the government has proved the defendant guilty, then it will be my job to decide what the appropriate punishment should be. Your job is to look at the evidence and decide if the government has proved the defendant guilty beyond a reasonable doubt.

### III. JURY DELIBERATIONS

I come now to the last part of the instructions, the rules for your deliberations.

### UNANIMOUS VERDICT

When you retire, you will discuss the case with your fellow jurors to reach agreement if you can do so.  The first order of business should be the selection of a foreperson.  That person will  preside over your deliberations and speak for you here in Court. Your verdict, whether it is guilty or not guilty, must be unanimous.  To find the defendant guilty, every one of you must agree that the government has overcome the presumption of innocence with evidence that proves his guilt beyond a reasonable doubt.  To find the defendant not guilty, every one of you must agree that the government has failed to convince you beyond a reasonable doubt.  Either way, guilty or not guilty, your verdict must be unanimous.

### REACHING AGREEMENT

Each of you must decide the case for yourself, but you should do so only after you have considered all the evidence, discussed it fully with each other, and listened to the views of your fellow jurors.

Do not be afraid to change your opinion if you think you are wrong.  But do not come to a decision simply because other jurors think it is right.

This case has taken a great deal of time and effort to prepare and try.  There is no reason to think it could be better tried or that another jury is better qualified to decide it. Therefore, it is important that you reach a verdict if you can do so conscientiously.  If it looks at some point as if you may have difficulty in reaching a unanimous verdict, you should reexamine your position to see whether you have given careful consideration and sufficient weight to the evidence that has favorably impressed the jurors who disagree with you.  You should not hesitate to reconsider your views from time to time and to change them if you

think that is appropriate.

It is important that you attempt to return a verdict but, of course, only if each of you can do so after having made his or her own conscientious determination. Do not surrender an honest conviction as to the weight and effect of the evidence simply to reach a verdict.

## NOTES

Now I'd like to say something about the notes you may have taken during the trial. Your notes should be used only as memory aids. You should not give your notes precedence over your independent recollection of the evidence. If you have not taken notes, you should rely upon your independent recollection of the proceeding, and you should not be unduly influenced by the notes of other jurors.

Notes are not entitled to any greater weight than the memory or impression of each juror as to what the testimony may have been. Whether you have used notes or not, each of you must form and express your own opinion of the facts of the case.

You'll notice that we do have an official court reporter making a record of the trial. However, we will not have a typewritten transcript from the record available for your use in reaching a decision in this case.

## RETURN OF VERDICT FORM

After you have reached unanimous agreement on a verdict, your foreperson will fill in the verdict form that has been given to you and advise the Marshal outside your door that you are ready to return to the courtroom. After you return to the courtroom, your foreperson will deliver the completed verdict form as directed.

## COMMUNICATION WITH THE COURT

Do not talk to the Marshal, or to me, or to anyone else, except each other, about this case. If it becomes necessary during your deliberations to communicate with me, you may

send a note through the Marshal signed by your foreperson or by one or more members of the jury. No member of the jury should ever attempt to communicate with me on anything concerning the case except by a signed writing or here in open Court. Remember that you are not to tell anyone -- including me -- how the jury stands, numerically or otherwise, until after you have reached a unanimous verdict or have been discharged.